**Order entered December 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00789-CV**

**IN THE INTEREST OF A.O. AND C.O., CHILDREN**

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 101811CC**

**ORDER**

Before the Court are appellee's motion to exceed word limit on brief and second motion for extension of time to file the brief. We **GRANT** the motions and **ORDER** the brief received December 9, 2021 filed as of the date of this order.

/s/    BONNIE LEE GOLDSTEIN
           JUSTICE